IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRELL CURTIS**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00691-BSM**

**CITY OF MAUMELLE,** *et al.*                                              **DEFENDANTS**

## ORDER

Terrell Curtis's motion for a preliminary injunction [Doc. No. 4] is granted and the City of Maumelle is enjoined from taking any steps to demolish or adversely effect Curtis's home located at 116 Delaware Lane in Maumelle, Arkansas until a final determination is made.

IT IS SO ORDERED this 29th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE